UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BLAKE NASH, on behalf of
himself and all others
similarly situated,

      Plaintiff,

v.                                    Case No: 2:13-cv-578-FtM-29CM

NAPLES TRANSPORTATION &
TOURS, LLC, a Florida
limited liability company
and RANDALL SMITH,
individually,

      Defendants.

---

### OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #24), filed April 2, 2014, recommending that the parties' Second Joint Motion for Approval of Settlement Agreement (Doc. #23) be granted, the FLSA Overtime Settlement Agreement and Release (Doc. #23-1) be approved, and the case dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #24) is hereby **adopted** and the findings **incorporated** herein.

2.  The parties' Second Joint Motion for Approval of Settlement Agreement (Doc. #23) is **granted** and the Settlement Agreement and General Release (Doc. #23-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

3.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___22nd___ day of April, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties